

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) CR-09 00514 JW HRL |
|---|---|
| Plaintiff, | ) |
| v. | ) VIOLATION: 18 U.S.C. § 1341 – Mail Fraud |
| AVERY JOHN WALLER, | ) |
| Defendant. | ) |

INFORMATION

The United States charges:

COUNT ONE: (18 U.S.C. § 1341 – Wire Fraud)

1. From July through September, 2008, the defendant,

AVERY JOHN WALLER,

worked as the office manager for Dr. Christine Tanguay in her pediatric practice, Valley Pediatrics, Inc., in Los Gatos, in the Northern District of California. During the course of his employment with Valley Pediatrics, the defendant opened multiple lines of credit in the form of American Express, Visa, and Mastercard credit card accounts, using fictitious names and social security numbers.

INFORMATION
*United States v. Waller*

2. The defendant submitted charges on behalf of Valley Pediatrics to those credit card accounts he had fraudulently acquired, and incurred obligations secured by these fraudulently obtained credit cards to Valley Pediatrics. As office manager for Valley Pediatrics, the defendant then accessed the funds remitted by the credit card companies to Valley Pediatrics.

3. On or about July 11, 2008, in the Northern District of California, the defendant,

AVERY JOHN WALLER,

having devised and intended to devise a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, did, for the purpose of executing said scheme and artifice to defraud, knowingly cause to be delivered by the United States Postal Service, and by a private commercial interstate carrier, a Mastercard credit card account statement with a charge in the amount of $5,000.00, in the name of a fictitious person;

All in violation of Title 18, United States Code, Section 1341.

DATED: May 14, 2009

JOSEPH P. RUSSONIELLO
United States Attorney

DAVID R. CALLAWAY
Chief, San Jose Office

(Approved as to form: _____)
DANIEL R. KALEBA
Assistant United States Attorney

INFORMATION
*United States v. Waller*   2

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

Count One - 18 U.S.C. § 1341 - Mail Fraud

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
20 yrs imprisonment; $250,000 fine;
3 years supervised release;
$100 special assessment fee

DEFENDANT - U.S.

▶ AVERY JOHN WALKER

DISTRICT COURT NUMBER

CR-09 00514 JW
HRL

DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)

Kristine Kearney, USPIS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO. _____

MAGISTRATE CASE NO. _____

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges     ☐ Fed'l ☑ State
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes ☐ No   If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

Name and Office of Person Furnishing Information on THIS FORM

**JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) AUSA DANIEL KALEBA

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments: