1  JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2

3  BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4  DANIEL R. KALEBA  (CABN 223789)
Assistant United States Attorney

5

6  150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone: (408) 535-5061

7  Fax:  (408) 535-5066
E-Mail: daniel.kaleba@usdoj.gov

8

Attorneys for the United States of America

9

10                   UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE  DIVISION

13  UNITED STATES OF AMERICA,           )        No.  CR 09-00514 RMW
                                        )
14       Plaintiff,                     )        UNITED STATES' SENTENCING
                                        )        MEMORANDUM CONCERNING
15           v.                         )        RESTITUTION AWARD
                                        )
16  AVERY JOHN WALLER,                  )
                                        )
17       Defendant.                     )
    _____)

18

19          On May 14, 2009, defendant Avery Waller pled guilty to a one count information to mail

20  fraud, in violation of 18 U.S.C. § 1341.  Defendant also admitted to three supervised release

21  violations in the related matter CR 08-00731 RMW.  The Court accepted the parties'

22  recommended sentence of 8 months imprisonment for the mail fraud violation, and 5 months

23  imprisonment, consecutive to the mail fraud sentence, for the supervised release violation.  At

24  the time of the change of plea and sentencing, the parties deferred the determination of restitution

25  until July 13, 2009.

26          The factual basis for the mail fraud count related to defendant opening multiple lines of

27  credit in the form of American Express, Visa, and Capital One credit card accounts, using names

28

SENTENCING MEMORANDUM
*United States v. Waller*
CR 09-00514 RMW

1  and/or social security numbers of persons whose identity was fictitious.  The loss amount figure

2  agreed to by the parties for the purpose of sentencing was an amount in excess of $5,000.  (Plea

3  Agreement ¶ 7(b).)  The United States Postal Inspection Service case agent has contacted the

4  three credit card companies.  American Express and Visa report that all account balances are now

5  current, and have no loss amount to report.  Capital One account representatives were contacted

6  during the investigation, and subsequent to sentencing, a fax request was submitted on June 22,

7  2009, and telephone calls were made on June 30 and July 9, 2009, inquiring on a loss amount, if

8  any.  The Capital One account representatives have not provided any loss amount figure in

9  response to the agent's requests.

10       Consequently, the United States is not submitting a request for restitution from this Court,

11  and respectfully requests this Court to issue an Amended Judgment in a Criminal Case with no

12  restitution award.

13

14

15  DATED: July 10, 2009                                Respectfully submitted,

16

17                                                      JOSEPH P. RUSSONIELLO
                                                        United States Attorney
18

19                                                      _____/s/_____
                                                        DANIEL R. KALEBA
20                                                      Assistant United States Attorney

21

22

23

24

25

26

27

28

SENTENCING MEMORANDUM
*United States v. Waller*
CR 09-00514 RMW                         2