| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 0971 5:09CR00514-01 – RMW |
| | | DOCKET NUMBER *(Rec. Court)* |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| Avery Waller | ND/CA | San Jose |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Ronald M. Whyte | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 10/14/2009 | TO 10/13/2012 |

*[Stamp: FILED 2011 DEC 15 P 4:09 DISTRICT OF UTAH BY: DEPUTY CLERK]*

**OFFENSE**
18:1341 - Mail Fraud

*[Stamp: FILED DEC 27 2011 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE]*

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____District of Utah (Salt Lake City)_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

10/21/2011
*Date*

*[signature]* Ronald M. Whyte
*United Sates District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   District of Utah (Salt Lake City, UT)

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11-28-11
*Effective Date*

*[signature]*
*United States District Judge*

Case: 2:11-cr-00997
Assigned To : Sam, David
Assign. Date : 12/15/2011
Description: USA v. Waller

# United States District Court
# District of Utah



**D. Mark Jones**
Clerk of Court

**Louise S. York**
Chief Deputy Clerk

December 19, 2011

U.S. District Court, Northern District of California-San Jose
Clerk, Clerk of Court
280 S 1st St
San Jose CA 95113



RE:   United States of America vs. Avery Waller
      5:09cr00514-001 (Northern District of California-San Jose) -RMW
      2:11cr00997(District of Utah)

Dear:

   On 11/28/11 the Honorable Ted Stewart executed the Order Accepting Jurisdiction for the above captioned defendant. I am forwarding an original order for your records. You may access our website at https://ecf.utd.uscourts.gov/  COPY

   Please forward your file to our office.

   Please acknowledge receipt of this letter by signing a copy and returning to my attention. If you have any questions, please advise. My telephone number is. 801-524-6124.

Sincerely,
D. Mark Jones, Clerk

By:/s/
Jennifer Richards


cc:   U.S. Probation for Utah with copy of the order
      U.S. Attorney c/o FLU Unit
      Financial Administrator

Certified Mail Receipt No.: 7003 1680 0002 1682 1430

**ACKNOWLEDGMENT OF RECEIPT:**
**Received by:** _____

**Date:** _____